AO 451 (TXND Rev. 10/13) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| FINWISE BANK, a Utah Corporation, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:19-cv-02076-DOC-ADS |
| ENERCORP SERVICES, LLC, et al. | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   03/25/2020  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for filing an appeal has expired, and if an appeal was filed, it is no longer pending.

Date:  AUG 1 8 2020

CLERK OF COURT

J. Gutierrez
*Signature of Clerk or Deputy Clerk*

1146